**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                   **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Key Metal Refining, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-4696532 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5400 Delaware Avenue Hainesport, NJ 08036** Number, Street, City, State & ZIP Code | **101 Eisenhower Parkway Roseland, NJ 07068** P.O. Box, Number, Street, City, State & ZIP Code |
| **Burlington** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://keymetalrefining.com** |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Key Metal Refining, LLC**                                              Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4231__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Key Metal Refining, LLC**
_____    Case number (*if known*) _____
Name

**11. Why is the case filed in *this district?***    Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**◼ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Key Metal Refining, LLC**
Name                                                                    Case number (if known) _____

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 28, 2019**
              MM / DD / YYYY

X **/s/ Hitoshi Suzuki**                                    **Hitoshi Suzuki**
Signature of authorized representative of debtor            Printed name

Title   **Manager**

**18. Signature of attorney**

X **/s/ Kenneth A. Rosen**                                Date   **July 28, 2019**
Signature of attorney for debtor                                  MM / DD / YYYY

**Kenneth A. Rosen 02160-1979**
Printed name

**Lowenstein Sandler LLP**
Firm name

**One Lowenstein Drive**
**Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone   **973.597.2500**        Email address   **krosen@lowenstein.com**

**02160-1979 NJ**
Bar number and State

KEY METAL REFINING, LLC
A New Jersey Limited Liability Company

## RESOLUTION TO AUTHORIZE FILING OF BANKRTUPCY PETITION

Whereas DOWA METALS & MINING AMERICA, INC., a New Jersey corporation and the owner of 51% membership interest in KEY METAL REFINING, LLC (the "Company"), appointed the undersigned as a member of the management committee of the Company (the "Management Committee"); and

Whereas the undersigned, having in his sole discretion the majority vote to act on behalf of the Company pursuant to Section 6.03 of the Limited Liability Company Operating Agreement of the Company, it is hereby

**RESOLVED** that the Company initiate a case under Chapter 7 of the Bankruptcy Code; and it is further

**RESOLVED** that Yoshiyuki Shibuta is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings and other instruments necessary, or in the sole discretion of Yoshiyuki Shibuta, to cause the initiation and prosecution of a case under the Bankruptcy Code; and it is further

**RESOLVED** that Yoshiyuki Shibuta is authorized and directed to employ and retain Lowenstein Sandler LLP to represent the Company in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem appropriate in the sole discretion of Yoshiyuki Shibuta; and it is further

**RESOLVED** that Yoshiyuki Shibuta is authorized and directed to act on behalf of the Company in its case under the Bankruptcy Code, and that such action shall be deemed the action by the majority vote of the Management Committee.

IN WITNESS WHEREOF, the undersigned has signed this resolution as of 26th day of July, 2019.

_____
Hitoshi Suzuki, Manager appointed by the
majority owner of the Company

Resolution authorizing bankruptcy 4821-3882-2301 v.3

UNANIMOUS WRITTEN CONSENT

IN LIEU OF MEETING OF THE BOARD OF DIRECTORS

Pursuant to Sections 14A:5-6(5) of the New Jersey Business Corporation Act, the undersigned, being the sole member of the Board of Directors (the "Board") of DOWA METALS & MINING AMERICA, INC., a New Jersey corporation (the **"Corporation"),** acting by unanimous written consent without a meeting, do hereby consent to the adoption of the following resolutions and direct that this Unanimous Written Consent be filed with the minutes of the proceedings of the Board:

RESOLVED, Hitoshi Suzuki, the sole Director and the President of the Corporation hereby appoints Yoshiyuki Shibuta, Treasurer of the Corporation, as his attorney-in-fact in connection with any and all transactions related to the bankruptcy of KEY METAL REFINING, LLC ("KMR"), as well as any and all transactions between the Corporation and KMR, including the Asset Purchase Agreement, without limitation.

RESOLVED, that any and all actions heretofore or hereafter taken by the officers or directors of the corporation within the terms of any of the foregoing resolutions are hereby ratified and confirmed as the act and deed of the Corporation.

IN WITNESS WHEREOF, the undersigned have signed this consent as of the 26th day of July 2019.

_____
Hitoshi Suzuki, Director

**Fill in this information to identify the case:**

Debtor name    **Key Metal Refining, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 28, 2019**          X  **/s/ Hitoshi Suzuki**
                                              Signature of individual signing on behalf of debtor

                                              **Hitoshi Suzuki**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Key Metal Refining, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................. $         0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................. $     1,374,282.36

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................ $     1,374,282.36

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     638,000.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $         0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     20,790,211.57

4.  Total liabilities .......................................................................................................
    Lines 2 + 3a + 3b       | $     21,428,211.57

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Key Metal Refining, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **PNC Bank**<br>**6 Cenerton Road**<br>**Mount Laurel, NJ 08054** | **Account for Key Engineering Solutions International (100% owned by KMR** | **8989** | $0.00 |
| 3.2. | **PNC Bank**<br>**6 Cenerton Road**<br>**Mount Laurel, NJ 08054** | **Checking Account (Key Metal Refining)** | **6965** | $15,344.57 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $15,344.57 |
   | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   | 8.1. | Insurance Premiums paid monthly in advance (Colony Specialty Insurance Company - General Liability; Colony Specialty Insurance Company - Excess Liability; Lexington -Risk Specialist Company of New York, Inc. - Property; Evanston Insurance Company - | $25,232.29 |
   | --- | --- | --- |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Key Metal Refining, LLC**                                    Case number *(If known)* _____
         Name

**General Liability)**

| | | |
|---|---|---|
| 8.2. | **Prepaid expense to Jan-Pro Cleanng System of Delaware Valley, The Andersons, Inc. and Horizon Blue Cross/Blue Shield** | $13,487.52 |
| 8.3. | **Insurance Premium paid in advance to Horizon Blue Cross/Blue Shield - Employee Health Insurance** | $11,059.67 |
| 8.4. | **Insurance premium paid in advance to National General (Commercial vehicle insurance)** | $13,331.60 |
| 8.5. | **Insurance premium paid in advance to The Hartford (Workers compensation and employers' liability)** | $22,455.56 |

9.    **Total of Part 2.**                                                              $85,566.64
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **106,720.40**     -     **53,360.20**   = ....        $53,360.20
                              face amount              doubtful or uncollectible accounts

11b. Over 90 days old:           **22,720.78**      -     **11,360.39**   =....          $11,360.39
                              face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                             $64,720.59
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.    **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Key Metal Refining, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Name of entity: | % of ownership | |
|---|---|---|
| **100% ownership in Key Metal Engineering International, Inc.** | | |
| 15.1. **(IC-DISC entity)** | **100** % | **$2,500.00** |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.** | **$2,500.00** |

Add lines 14 through 16. Copy the total to line 83.

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials Inventory: Converter before processing (16 boxes, 2,476 units)** | | **$0.00** | **Moving Average** | **$205,680.83** |
| **Inventory: Converter after processing (315 units)** | | **$0.00** | **Moving Average** | **$74,180.82** |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.** | **$279,861.65** |

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

Debtor    **Key Metal Refining, LLC**                                        Case number *(If known)* _____
_____Name_____

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Book Value: $83,862.03, less depreciation value of $52,564.02 =Net Value: $31,298.01 | $83,862.03 | | $31,298.01 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  | $31,298.01 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Book Value: $224,435, less depreciation value of $89,475.81 = Net Value: $134,959.19** | $224,435.00 | | $134,959.19 |
| 47.2. **2004 Toyota Tundra Access Cab SR5 VIN: 5TBBT44154S449180-EBA0A5** | $0.00 | | $5,936.47 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Key Metal Refining, LLC** | Case number *(If known)* | |
|--------|------------------------------|---------------------------|---|
| | Name | | |

| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) Book Value: $1,260,015.29, less depreciation value of $565,355.26 = Net Value: $694,660.03 | $1,260,015.29 | | $694,660.03 |
|---|---|---|---|---|

| 51. | **Total of Part 8.** Add lines 47 through 50.  Copy the total to line 87. | $835,555.69 |
|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☐ No
   ☑ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☑ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** Website Book Value: $53,795.02, less depreciation value of $27,158.27 = Net Value: $26,636.75 | $53,795.02 | | $26,636.75 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | $26,636.75 |
|---|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Key Metal Refining, LLC** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)

| **Notes receivable: KES** | 27,334.73 | - | 0.00 | = | $27,334.73 |
| --- | --- | --- | --- | --- | --- |
| | Total face amount | | doubtful or uncollectible amount | | |
| **Notes receivable: Employee loan** | 5,463.73 | - | 0.00 | = | $5,463.73 |
| | Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $32,798.46 |
| --- |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Key Metal Refining, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $15,344.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $85,566.64 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $64,720.59 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $2,500.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $279,861.65 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $31,298.01 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $835,555.69 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $26,636.75 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $32,798.46 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,374,282.36 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,374,282.36 |

**Fill in this information to identify the case:**

Debtor name __**Key Metal Refining, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **JB Real Estate Holdings, LLC**<br>Creditor's Name<br><br>**Attn: Mr. John Bruno**<br>**740 Cornwallis Drive**<br>**Mount Laurel, NJ 08054**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>_____<br><br>**Describe the lien**<br>**Lease Agreement** | $638,000.00 | $0.00 |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $638,000.00

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Key Metal Refining, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | $2,000.00 |
| | **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | |
| | Date(s) debt was incurred _____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Last 4 digits of account number _____ | Basis for the claim:  Credit card debt/trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| **3.2** | **Nonpriority creditor's name and mailing address** | $500.00 |
|---|---|---|
| | **Applied Industrial Technologies**<br>**124 E 9th Avenue**<br>**Runnemede, NJ 08078-1126** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _____ | |
| | Last 4 digits of account number _____ | Basis for the claim:  Trade debt - tool purchase<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| **3.3** | **Nonpriority creditor's name and mailing address** | $7,900.77 |
|---|---|---|
| | **Aqua Extreme d/b/a H20 Coolers**<br>**1600 District Avenue**<br>**Suite 200**<br>**Burlington, MA 01803** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _____ | |
| | Last 4 digits of account number _____ | Basis for the claim:  Water cooler rental<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| **3.4** | **Nonpriority creditor's name and mailing address** | $1,595.56 |
|---|---|---|
| | **Cintas Corporation #061**<br>**LOC 061**<br>**PO Box 630803**<br>**Cincinnati, OH 45263-0803** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _____ | |
| | Last 4 digits of account number _____ | Basis for the claim:  Trade debt - uniform cleaning<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **Key Metal Refining, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,709.09** |
|---|---|---|---|

**Dowa International Corporation**
**Attn: Mr. Motohiro Kowaka**
**370 Lexington Avenue**
**New York, NY 10017-6503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May and June 2019**

**Basis for the claim:**  **Consulting fees (Kawashima)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Dowa Metals & Mining America, Inc.**
**Attn: Mr. Yoshiyuki Shibuta**
**370 Lexington Avenue**
**New York, NY 10017-6503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2019**

**Basis for the claim:**  **Consulting fee (Mr. Sibuta)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,030,553.61** |
|---|---|---|---|

**Dowa Metals & Mining, Co, Ltd.**
**22F Akihabara UDX, 14-1**
**Sotokanda 4- Chome**
**Chiyoda-ku, Tokyo, 101-0021, JAPAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,310.52** |
|---|---|---|---|

**Hainesport Industrial Park**
**Maintenance Association (HIPMA)**
**PO Box 9**
**Hainesport, NJ 08036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Utilities - water**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,562.32** |
|---|---|---|---|

**Heritage Business Systems, Inc.**
**PO Box 70239**
**Philadelphia, PA 19176-0239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Kyocera copier lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Horizon Blue Cross/Blue Shield**
**Horizon Healthcare of New Jersey**
**PO Box 820**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Insurance payment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$378.52** |
|---|---|---|---|

**Jan-Pro Cleaning System**
**Of the Delaware Valley**
**410 White Horse Pike**
**Haddon Heights, NJ 08035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Key Metal Refining, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$638,000.00** |
|---|---|---|---|

**JB Real Estate Holdings, LLC**
**Attn: Mr. John Bruno**
**740 Cornwallis Drive**
**Mount Laurel, NJ 08054**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __June 2019__

Basis for the claim: __Office rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Lowe's (Store/credit)**
**Lowes Business Account/SNCB**
**PO Box 530970**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Credit card debt - tool purchase__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,010.84** |
|---|---|---|---|

**Marlin Business Bank**
**2795 E. Cottonwood Parkway**
**Suite 120**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Security system rental__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**McMaster Carr Supply Co.**
**PO Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt - tool purchase__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,427.85** |
|---|---|---|---|

**Metalex**
**22766 Network Place**
**Chicago, IL 60673-1227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Screen purchase__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,069.93** |
|---|---|---|---|

**Nationwide Trust Company**
**Nationwide Headquarters**
**One Nationwide Plaza**
**Columbus, OH 43215-2220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Retirement plan/401(k)__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00** |
|---|---|---|---|

**Penn Mutual Life Insurance**
**600 Dresher Road**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Insurance payment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Key Metal Refining, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**PSE&G**
P.O. Box 14444
New Brunswick, NJ 08906-4444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$841.06**

**Road Runner Recyling**
PO Box 6011
Hermitage, PA 16148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt - waste management**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,350.00**

**The Andersons Inc.**
PO Box 84878
Chicago, IL 60689

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt - train car lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00**

**The Hartford Casualty Insurance Company**
One Hartford Plaza
Hartford, CT 06155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Insurance payment**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,000.00**

**US Premium Finance**
280 Technology Parkway
Suite 200
Norcross, GA 30092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Insurance payment and financial charge**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$370.00**

**Verizon Wireless**
PO Box 408
Newark, NJ 07101-0408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,131.50**

**Wells Fargo Vendor Financial Services**
PO Box 70241
Philadelphia, PA 19178-0241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Sweeper lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Key Metal Refining, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **20,790,211.57** |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | **20,790,211.57** |

**Fill in this information to identify the case:**

Debtor name **Key Metal Refining, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                         12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Dental Insurance Policy**<br><br><br><br>**Aetna<br>9000 Southside Blvd.<br>Building 100<br>Mail Code F434<br>Jacksonville, FL 32256** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Water cooler rental**<br><br><br><br>**Aqua Extreme d/b/a H20 Coolers<br>1600 District Avenue<br>Suite 200<br>Burlington, MA 01803** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease agreement for copier**<br><br><br><br>**Canon Financial Services<br>158 Gaither Drive<br>Suite 200<br>Mount Laurel, NJ 08054** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **General Liability Policy (No. 8150)**<br><br><br><br>**Colony Specialty Insurance Company<br>JIMCOR Agency<br>60 Craig Road<br>Montvale, NJ 07645** |

Debtor 1    **Key Metal Refining, LLC**
First Name           Middle Name           Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Excess Liability Policy (No. 8151)** | |
|---|---|---|---|
| | State the term remaining | | **Colony Specialty Insurance Company** |
| | List the contract number of any government contract | | **JIMCOR Agency** |
| | | | **60 Craig Road** |
| | | | **Montvale, NJ 07645** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **General Liability Policy (No. 4542)** | |
|---|---|---|---|
| | State the term remaining | | **Evanston Insurance Co.** |
| | List the contract number of any government contract | | **JIMCOR Agency** |
| | | | **60 Craig Road** |
| | | | **Montvale, NJ 07645** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for Kyocera copier lease** | |
|---|---|---|---|
| | State the term remaining | | **Heritage Business Systems, Inc.** |
| | List the contract number of any government contract | | **1263 Glen Avenue** |
| | | | **Moorestown, NJ 08057** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Office/facility Lease** | |
|---|---|---|---|
| | State the term remaining | **1 year** | **JB Real Estate Holdings, LLC** |
| | List the contract number of any government contract | | **Attn: Mr. John Bruno** |
| | | | **740 Cornwallis Drive** |
| | | | **Mount Laurel, NJ 08054** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Policy (Nos. 7301 and 7401)** | |
|---|---|---|---|
| | State the term remaining | | **Lexington Risk Specialists Company of New York, Inc.** |
| | List the contract number of any government contract | | **JIMCOR Agency** |
| | | | **60 Craig Road** |
| | | | **Montvale, NJ 07645** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Security system rental** | |
|---|---|---|---|
| | State the term remaining | **1 year, 5 months** | **Marlin Business Bank** |
| | List the contract number of any | | **2795 E. Cottonwood Parkway** |
| | | | **Suite 120** |
| | | | **Salt Lake City, UT 84121** |

Debtor 1  **Key Metal Refining, LLC**
   First Name             Middle Name             Last Name                         Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Life Insurance Policy for John Bruno (No. 1176)** | |
|---|---|---|---|
| | State the term remaining | | **Penn Mutual Life Insurance 600 Dresher Road Horsham, PA 19044** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Club based remote desktop** | |
|---|---|---|---|
| | State the term remaining | | **Right Networks 14 Hampshire Drive Hudson, NH 03051** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Full service lease agreement for rail cars** | |
|---|---|---|---|
| | State the term remaining | | **The Andersons Inc. PO Box 84878 Chicago, IL 60689** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Workers compensation and employers liability policy** | |
|---|---|---|---|
| | State the term remaining | | **The Hartford Business Service Center 3600 Wiseman Blvd. San Antonio, TX 78251** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for sweeper** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Financial Services PO Box 70241 Philadelphia, PA 19176-0241** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Key Metal Refining, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | | Street | | ☐ D  ☐ E/F  ☐ G |
| | | City          State          Zip Code | | |
| 2.2 | | Street | | ☐ D  ☐ E/F  ☐ G |
| | | City          State          Zip Code | | |
| 2.3 | | Street | | ☐ D  ☐ E/F  ☐ G |
| | | City          State          Zip Code | | |
| 2.4 | | Street | | ☐ D  ☐ E/F  ☐ G |
| | | City          State          Zip Code | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Key Metal Refining, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2019** to **Filing Date** | ☐ Operating a business ■ Other  **Income - Accrual basis** | **$3,072,131.02** |
| **For prior year:** From **1/01/2018** to **12/31/2018** | ☐ Operating a business ■ Other  **Income - Accrual basis** | **$100,045,873.00** |
| **For year before that:** From **1/01/2017** to **12/31/2017** | ☐ Operating a business ■ Other  **Income - Accrual basis** | **$64,969,195.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor __Key Metal Refining, LLC__          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **The Hartford Casualty Insurance Company**<br>**One Hartford Plaza**<br>**Hartford, CT 06155** | **4/29/19,**<br>**5/28/19,**<br>**6/28/19** | **$53,428.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Insurance__ |
| 3.2. **Miller Transport, LLC**<br>**388 Magnolia Road**<br>**Pemberton, NJ 08068** | **4/30/19,**<br>**5/3/19,**<br>**5/9/19,**<br>**5/16/19,**<br>**5/23/19,**<br>**5/29/19,**<br>**6/4/19,**<br>**6/7/19,**<br>**6/13/19,**<br>**6/17/19** | **$6,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Dowa Metals & Mining America, Inc.**<br>**Attn: Mr. Yoshiyuki Shibuta**<br>**370 Lexington Avenue**<br>**New York, NY 10017-6503** | **4/30/19,**<br>**5/23/19,**<br>**6/4/19** | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **JB Real Estate Holdings, LLC**<br>**Attn: Mr. John Bruno**<br>**740 Cornwallis Drive**<br>**Mount Laurel, NJ 08054** | **5/1/2019,**<br>**6/4/19** | **$66,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __May 2019 rent__ |
| 3.5. **Nationwide Trust Company**<br>**Nationwide Headquarters**<br>**One Nationwide Plaza**<br>**Columbus, OH 43215-2220** | **5/2/19,**<br>**5/9/19,**<br>**5/16/19,**<br>**6/6/19,**<br>**6/20/19,**<br>**6/27/19,**<br>**7/25/19** | **$18,486.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Aetna**<br>**9000 Southside Boulevard**<br>**Building 100**<br>**Mail Code F434**<br>**Jacksonville, FL 32256** | **5/2/19,**<br>**5/22/19,**<br>**7/22/19** | **$12,737.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Insurance__ |
| 3.7. **American Express**<br>**Attn: Customer Care & Billing Inquiries**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | **5/2/19,**<br>**5/22/19,**<br>**5/31/19,**<br>**6/13/19,**<br>**6/27/19,**<br>**6/28/19,**<br>**7/22/19** | **$30,280.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Credit card payment__ |

Debtor    **Key Metal Refining, LLC** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.  **McMaster Carr Supply Co.**<br>**PO Box 7690**<br>**Chicago, IL 60680-7690** | **5/2/19,<br>5/7/19,<br>5/13/19,<br>5/29/19,<br>5/31/19,<br>6/6/19,<br>6/13/19,<br>6/18/19,<br>6/27/19,<br>7/22/19** | **$12,465.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9.  **US Premium Finance**<br>**280 Technology Parkway**<br>**Suite 200**<br>**Norcross, GA 30092** | **5/2/19,<br>5/31/19,<br>6/27/19** | **$40,356.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **PSE&G**<br>**P.O. Box 14444**<br>**New Brunswick, NJ 08906-4444** | **5/13/19,<br>6/13/19,<br>6/18/19,<br>6/27/19,<br>7/22/19** | **$10,384.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Utilities** |
| 3.11. **Horizon Blue Cross Blue Shield**<br>**P.O. Box 820**<br>**Newark, NJ 07101** | | **$22,914.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance premium** |
| 3.12. **Penn Mutual Life Insurance**<br>**600 Dresher Road**<br>**Horsham, PA 19044** | **5/24/19,<br>6/26/19,<br>7/24/19** | **$16,298.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Life Insurance Policy**<br>**No. 1176** |
| 3.13. **Hainesport Township**<br>**PO Box 9**<br>**Hainesport, NJ 08036** | **5/31/19** | **$10,478.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **2nd Quarter Taxes** |
| 3.14. **Dowa International Corporation**<br>**Attn: Mr. Motohiro Kowaka**<br>**370 Lexington Avenue**<br>**New York, NY 10017-6503** | | **$11,797.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

| Debtor | **Key Metal Refining, LLC** | Case number *(if known)* | |
|---|---|---|---|

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

---

| Debtor | **Key Metal Refining, LLC** | Case number *(if known)* |
|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Key Metal Refining, LLC**                                    Case number *(if known)*

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| Dowa Metals & Mining, Co. Ltd. 22F Akihabara UDX, 14-1 Sotokanda 4- Chome Chiyoda-ku, Tokyo, 101-0021, JAPAN | Key Metal Refining, LLC (Warehouse) 5400 Delaware Avenue Hainesport, NJ 08036 | Inventory | $17,963.10 |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

| Debtor | **Key Metal Refining, LLC** | Case number *(if known)* |
|---|---|---|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|
| 25.1.    **Key Engineering Solutions,International, 5400 Delaware Avenue Hainesport, NJ 08036** | **A domestic international sales corporation (IC-DISC) and sells KMR's products for use, consumption or disposition to companies located outside the United States** | **EIN:    03-0432767**

**From-To    6/8/12 - through current** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.    **Cheyenne Bruno 5400 Delaware Avenue Hainesport, NJ 08036** | **Formation through present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor   **Key Metal Refining, LLC**                                             Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Freiedman, LLP**<br>**2000 Market Street**<br>**Suite 500**<br>**Philadelphia, PA 19103** | **Formation through present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Cheyenne Bruno**<br>**5400 Delaware Avenue**<br>**Hainesport, NJ 08036** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Dowa Metals & Mining, Co, Ltd.**<br>**22F Akihabara UDX, 14-1**<br>**Sotokanda 4- Chome**<br>**Chiyoda-ku, Tokyo, 101-0021, JAPAN** |
| 26d.2.   **Dowa Metals & Mining America, Inc.**<br>**Attn: Mr. Yoshiyuki Shibuta**<br>**370 Lexington Avenue**<br>**New York, NY 10017-6503** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   **John Bruno** | **4/8/19 - Converter inventory** | **$188,894.12** |
| **Name and address of the person who has possession of inventory records**<br>**Cheyenne Bruno**<br>**5400 Delaware Avenue**<br>**Hainesport, NJ 08036** | | |
| 27.2.   **John Bruno** | **4/26/19** | **$2,199.20 4/8/19 - Battery inventory** |
| **Name and address of the person who has possession of inventory records**<br>**Cheyenne Bruno**<br>**5400 Delaware Avenue**<br>**Hainesport, NJ 08036** | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Debtor    **Key Metal Refining, LLC**                                                       Case number *(if known)* _____

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dowa Metals & Mining America, Inc.** | **Attn: Mr. Yoshiyuki Shibuta 370 Lexington Avenue New York, NY 10017-6503** | **Member** | **51%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Key Engineering Solutions, LLC** | **5400 Delaware Avenue Hainesport, NJ 08036** | **Member** | **49%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Bruno** | **5400 Delaware Avenue Hainesport, NJ 08036** | **Member** | **1%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☐ No
   ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Dowa Metals & Mining America, Inc.** | **EIN:    81-4431765** |
| **Key Engineering Solutions LLC** | **EIN:    03-0432767** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Key Metal Refining, LLC**

Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 28, 2019**

**/s/ Hitoshi Suzuki**                                                **Hitoshi Suzuki**
Signature of individual signing on behalf of the debtor                  Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re **Key Metal Refining, LLC** _____ Case No. _____

Debtor(s)          Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____ $ _____**30,000.00**

    Prior to the filing of this statement I have received _____ $ _____**30,000.00**

    Balance Due _____ $ _____**0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**July 28, 2019** _____    **/s/ Kenneth A. Rosen** _____
*Date*                     **Kenneth A. Rosen 02160-1979**
                           *Signature of Attorney*
                           **Lowenstein Sandler LLP**
                           **One Lowenstein Drive**
                           **Roseland, NJ 07068**
                           **973.597.2500  Fax: 973.597.2400**
                           **krosen@lowenstein.com**
                           *Name of law firm*

---

# United States Bankruptcy Court
### District of New Jersey

In re  **Key Metal Refining, LLC**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 28, 2019**

/s/ **Hitoshi Suzuki**

**Hitoshi Suzuki**/**Manager**
Signer/Title

United States Trustee
Office of the US Trustee
One Newark Center
Suite 2100
Newark, NJ 07102


New Jersey Division of Taxation
50 Barrack Street
CN 269
Trenton, NJ 08646


Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016


Aetna
9000 Southside Blvd.
Building 100
Mail Code F434
Jacksonville, FL 32256


American Express
PO Box 981535
El Paso, TX 79998-1535


Applied Industrial Technologies
124 E 9th Avenue
Runnemede, NJ 08078-1126


Aqua Extreme d/b/a H20 Coolers
1600 District Avenue
Suite 200
Burlington, MA 01803


Canon Financial Services
158 Gaither Drive
Suite 200
Mount Laurel, NJ 08054


Cintas Corporation #061
LOC 061
PO Box 630803
Cincinnati, OH 45263-0803

Colony Specialty Insurance Company
JIMCOR Agency
60 Craig Road
Montvale, NJ 07645


Dowa International Corporation
Attn: Mr. Motohiro Kowaka
370 Lexington Avenue
New York, NY 10017-6503


Dowa Metals & Mining America, Inc.
Attn: Mr. Yoshiyuki Shibuta
370 Lexington Avenue
New York, NY 10017-6503


Dowa Metals & Mining, Co, Ltd.
22F Akihabara UDX, 14-1
Sotokanda 4- Chome
Chiyoda-ku, Tokyo, 101-0021, JAPAN


Evanston Insurance Co.
JIMCOR Agency
60 Craig Road
Montvale, NJ 07645


Hainseport Industrial Park
Maintenance Association (HIPMA)
PO Box 9
Hainesport, NJ 08036


Heritage Business Systems, Inc.
PO Box 70239
Philadelphia, PA 19176-0239


Heritage Business Systems, Inc.
1263 Glen Avenue
Moorestown, NJ 08057


Horizon Blue Cross/Blue Shield
Horizon Healthcare of New Jersey
PO Box 820
Newark, NJ 07101

Jan-Pro Cleaning System
Of the Delaware Valley
410 White Horse Pike
Haddon Heights, NJ 08035


JB Real Estate Holdings, LLC
Attn: Mr. John Bruno
740 Cornwallis Drive
Mount Laurel, NJ 08054


Key Engineering Solutions, LLC
5400 Delaware Avenue
Hainesport, NJ 08036


Lexington Risk Specialists
Company of New York, Inc.
JIMCOR Agency
60 Craig Road
Montvale, NJ 07645


Lowe's (Store/credit)
Lowes Business Account/SNCB
PO Box 530970
Atlanta, GA 30353


Marlin Business Bank
2795 E. Cottonwood Parkway
Suite 120
Salt Lake City, UT 84121


McMaster Carr Supply Co.
PO Box 7690
Chicago, IL 60680-7690


Metalex
22766 Network Place
Chicago, IL 60673-1227


Nationwide Trust Company
Nationwide Headquarters
One Nationwide Plaza
Columbus, OH 43215-2220


Penn Mutual Life Insurance
600 Dresher Road
Horsham, PA 19044

PSE&G
P.O. Box 14444
New Brunswick, NJ 08906-4444


Right Networks
14 Hampshire Drive
Hudson, NH 03051


Road Runner Recyling
PO Box 6011
Hermitage, PA 16148


The Andersons Inc.
PO Box 84878
Chicago, IL 60689


The Hartford Business Service Center
3600 Wiseman Blvd.
San Antonio, TX 78251


The Hartford Casualty Insurance Company
One Hartford Plaza
Hartford, CT 06155


US Premium Finance
280 Technology Parkway
Suite 200
Norcross, GA 30092


Verizon Wireless
PO Box 408
Newark, NJ 07101-0408


Wells Fargo Financial Services
PO Box 70241
Philadelphia, PA 19176-0241


Wells Fargo Vendor Financial Services
PO Box 70241
Philadelphia, PA 19178-0241

# United States Bankruptcy Court
## District of New Jersey

In re   **Key Metal Refining, LLC**                                                      Case No. _____

Debtor(s)                                Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Key Metal Refining, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Dowa Metals & Mining America, Inc.**
**Attn: Mr. Yoshiyuki Shibuta**
**370 Lexington Avenue**
**New York, NY 10017-6503**

**Key Engineering Solutions, LLC**
**5400 Delaware Avenue**
**Hainesport, NJ 08036**

☐ None [*Check if applicable*]

**July 28, 2019**                                    /s/ Kenneth A. Rosen
Date                                                **Kenneth A. Rosen 02160-1979**
                                                   Signature of Attorney or Litigant
                                                   Counsel for   **Key Metal Refining, LLC**
                                                   **Lowenstein Sandler LLP**
                                                   **One Lowenstein Drive**
                                                   **Roseland, NJ 07068**
                                                   **973.597.2500 Fax:973.597.2400**
                                                   **krosen@lowenstein.com**